IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE GIBSON,

    Plaintiff,                             No. CIV S-11-3310 CKD P

    vs.

JAMES HEARTLY,

    Defendant.                          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to the Americans with Disabilities Act (ADA), 28 U.S.C. § 12132, <u>et</u> <u>seq</u>. In his complaint, plaintiff seeks a declaration that he is covered by the ADA. Without opining as to whether he has stated a cognizable claim under 28 U.S.C. § 1915A or any other federal provision, the court finds his complaint can only refer to his current status at Avenal State Prison in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

1

1 request to proceed in forma pauperis.

2         Good cause appearing, IT IS HEREBY ORDERED that:

3         1. This action is transferred to the United States District Court for the Eastern
4 District of California sitting in Fresno; and

5         2. All future filings shall reference the new Fresno case number assigned and
6 shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: December 27, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
gibs3310.22